# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BILLY BERRY, an individual,** | } | |
| **Plaintiff,** | } | |
| v. | } | 5:16-cv-875-KOB |
| **MIDLAND FUNDING, LLC;** <br> **MIDLAND CREDIT** <br> **MANAGEMENT, INC.,** | } | |
| **Defendants.** | | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached (doc. 17), DISMISSES this case WITHOUT PREJUDICE. The court retains jurisdiction of this action to reinstate the case if any party represents to the court **on or before April 10, 2017** that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 10th day of February, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE